IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: )
)
DAVID L. GREGORY ) Case No. 15-10329
STEPHANIE L. GREGORY ) Chapter 13
                       Debtor. )

## NOTICE OF OBJECTION DEADLINE WITH OPPORTUNITY FOR HEARING ON DEBTOR'S CHAPTER [THIRTEEN] 13 PLAN

YOU ARE HEREBY NOTIFIED that if no objection to Debtor's Chapter 13 plan is filed in writing with the Clerk of the United States Bankruptcy Court for the District of Kansas on or before April 6th, 2015 said Motion will be granted by entry of discharge.

If written objection is timely filed, a hearing will be scheduled at:

    United States Bankruptcy Court, Room 150
    401 N. Market
    Wichita, Kansas 67202

On May 13th, 2015 at 1:30P.M..

Hearing will not be held on the motion unless an objection is timely filed with the Court.

                       Respectfully submitted,

                       */s/Michael J. Studtmann*
                       Michael J. Studtmann #12562
                       6235 W. Kellogg
                       Wichita, KS 67202
                       (316) 942-8400

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, a true and correct copy of the foregoing Certification of Compliance, Motion for Entry of Discharge and Notice of Objection Deadline With Opportunity for Hearing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and was forwarded via U.S. Mail, first class postage prepaid, properly addressed to the following parties and/or counsel who do not receive notice electronically via CM/ECF as attached.

See Attached Credit Matrix

/s/ *Michael J. Studtmann*
Michael J. Studtmann#12562

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-6<br>Case 15-10329<br>District of Kansas<br>Wichita<br>Tue Mar 17 15:27:20 CDT 2015 | Wichita Headquarter Office<br>167 US Courthouse<br>401 North Market<br>Wichita, KS 67202-2089 | Cbe Group<br>131 Tower Park Dr Suite 100  Po Box 900<br>Waterloo IA 50704-0900 |
| Cbwichita Ks<br>1135 College Dr<br>Garden City KS 67846-4779 | Central State Recovery<br>1314 N Main St<br>Hutchinson KS 67501-4002 | Central States Recovery<br>PO Box 3130<br>Hutchinson KS 67504-3130 |
| Credit Bureau Services<br>1135 College Dr Ste L<br>Garden City KS 67846-4774 | Dish Network<br>Dept 0063<br>Palatine IL 60055-0063 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 |
| Freedom Road Financial<br>10509 Proffessional Cir S<br>Reno NV 89521-5864 | FreedonRoad Financial<br>P.O. Box 4597<br>Hinsdale IL 60522-4597 | Hospital Dist 5 of Harper Co<br>700 W. 13th St<br>Harper KS 67058-1480 |
| Kingman County<br>13 N. Spruce St.<br>Kingman KS 67068 | Kozeny and McCubbin LC<br>12400 Olive Blvd<br>Suite 555<br>Saint Louis MO 63141-5460 | McDonald Tinker Attorneys At<br>300 W. Douglas Ave. Ste. 500<br>Wichita KS 67202-2919 |
| Mci<br>500 Technology Dr Ste 30<br>Weldon Spring MO 63304-2225 | (p)MID CONTINENT CREDIT SERVICES<br>3161 N ROCK RD<br>STE B<br>WICHITA KS 67226-1453 | Midwest Service Bureau<br>PO Box 3888<br>Wichita KS 67201-3888 |
| Nar Inc<br>1600 West 2200 Sou Suite 410<br>West Valley Ci UT 84119 | Specialized Loan Servi<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch CO 80129-2386 | Suppesville Fuel LLC<br>1692 W. 140th<br>Milton KS 67106-8013 |
| The Citizens State Bank<br>P.O. Box 509<br>306 N. Main<br>Cheney KS 67025-2526 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Via Christi Health Clinic<br>PO Box 2944<br>Wichita KS 67201-2944 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | David L Gregory<br>4087 SE 150th St<br>Rago, KS 67142-9510 | Laurie B Williams<br>300 W Douglas Suite 650<br>Wichita, KS 67202-2921 |
| Michael J. Studtmann<br>6235 West Kellogg Dr<br>Wichita, KS 67209-2331 | Stephanie L Gregory<br>4087 SE 150th St<br>Rago, KS 67142-9510 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mid Continent Credit S<br>3161 N Rock Rd Ste B<br>Wichita KS 67226 | Webbank/Dfs<br>1 Dell Way<br>Round Rock TX 78682 | End of Label Matrix<br>Mailable recipients  28<br>Bypassed recipients   0<br>Total                28 |