IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: DAVID L GREGORY ) Case no. 15-10329-13   Electronically Filed
STEPHANIE L GREGORY ) Chapter 13
Debtor(s) )

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Laurie B. Williams, standing chapter 13 Trustee herein, for her objection to confirmation of the proposed plan filed in the referenced case, and states:

1. The debtor has failed to provide the Trustee with copies of the 2014 tax returns.

2. The plan does not pay the debtor's disposable income to the plan as required under 11 USC §1325(b).

3. The plan is not feasible.

4. The plan does not pay the value of property that would be paid if the case were liquidated under Chapter 7. The plan does not comply with 11 USC §1325(a)(4).

5. The plan provides to pay Citizens State Bank of Cheney for three vehicles in full as 910 car loans. Upon review of the proofs of claim, the debts were not incurred to purchase the vehicles and therefore are not entitled to 910 car loan status. The treatment of these claims discriminates unfairly against the class of unsecured creditors.

6. The Plan cannot be confirmed for all other reasons over which this Court holds jurisdiction.

WHEREFORE the Trustee requests confirmation of the debtor's proposed plan be denied and the case dismissed.

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
lbwsig@wichita13trustee.com
(316) 267-1791

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Confirmation was served, either electronically, or deposited in the United States mail, postage prepaid, on April 2, 2015, properly addressed to the following:

MICHAEL J STUDTMANN
ATTORNEY AT LAW
6235 W KELLOGG DR
WICHITA, KS 67209-2331

CITIZENS STATE BANK OF CHENEY
P O BOX 509
CHENEY, KS 67025

*s/Jennifer L. Haury*
Jennifer L. Haury, Case Analyst