IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:  DAVID L. GREGORY         )                    Electronically Filed
        STEPHANIE L. GREGORY     )
                                 )       Case No. 15-10329-13
                     Debtor(s)   )       Chapter   13

## NOTICE OF SERVICE OF DISCOVERY REQUESTS TO DEBTORS

COMES NOW Creditor, James D. Wagel, and hereby notifies the Court that he served the below listed discovery requests on Debtors, David L. Gregory and Stephanie L. Gregory, this _27th__ day of May, 2015.

1. Request for Production of Documents, Notes and Records, numbered 1 – 11.

Respectfully submitted,

McDONALD, TINKER, SKAER,
 QUINN & HERRINGTON, P.A.

s/ Kevin M. McMaster_____
Kevin M. McMaster, #11903
 *Attorney for James D. Wagel, Creditor*
McDonald, Tinker, Skaer,
   Quinn & Herrington, P.A.
300 W. Douglas, Suite 500
Wichita, Kansas 67202
kmcmaster@mcdonaldtinker.com
(316) 263-5851

## CERTIFICATE OF SERVICE

       I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael J. Studtmann, Esq.  
6235 W. Kellogg Drive  
Wichita, Kansas 67209-2331  
  *Attorney for Debtors*

Laurie B. Williams, Esq.  
Standing Chapter 13 Trustee  
300 W. Douglas Ave., Suite 650  
Wichita, Kansas 67202-2916  
  *Trustee*

Citizens State Bank of Cheney  
P.O. Box 509  
Cheney, Kansas 67025  
  *Creditor*

                    s/ Kevin M. McMaster  
                    Kevin M. McMaster,