IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: DAVID L GREGORY ) Case no. 15-10329-13     Electronically Filed
      STEPHANIE L GREGORY ) Chapter 13
                                    Debtor(s) )

## TRUSTEE'S SUPPLEMENTAL OBJECTION
## TO CONFIRMATION OF FIRST AMENDED PLAN

COMES NOW Laurie B. Williams, standing chapter 13 Trustee herein, for her supplemental objection to confirmation of the proposed First Amended Plan filed in the referenced case, and states:

1. On June 17, 2015, James Wagel filed a secured claim for $53,795.56.

2. There are no plan provisions to pay James Wagel as a secured creditor.

3. The Plan cannot be confirmed for all other reasons over which this Court holds jurisdiction.

WHEREFORE the Trustee requests confirmation of the debtor's proposed plan be denied and the case dismissed.

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
lbwsig@wichita13trustee.com
(316) 267-1791

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Supplemental Objection to Confirmation was served, either electronically, or deposited in the United States mail, postage prepaid, on June 23, 2015, properly addressed to the following:

MICHAEL J STUDTMANN
ATTORNEY AT LAW
6235 W KELLOGG DR
WICHITA, KS 67209-2331

JAMES WAGEL
C/O KEVIN MCMASTER
P O BOX 207
WICHITA, KS 67201-0207

*s/Jennifer L. Haury*
Jennifer L. Haury, Case Analyst