UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:  )
 ) Case No: 15-10329
DAVID L. GREGORY and ) Chapter 13
STEPHANIE L. GREGORY, Debtors. )

**CREDITOR'S OBJECTION TO
CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

COMES NOW the Creditor, The Citizens State Bank of Cheney, Kansas, by and through Keith E. Martin of Smith, Shay, Farmer & Wetta, LLC, and for its objection to confirmation of the Amended Chapter 13 Plan filed in the referenced case, states:

1. The Amended Plan and the debtor's schedules do not reflect the fair market value of Creditor's collateral for purposes of payment as general secured claims.

2. The Amended Plan should reflect the proper value of Creditor's collateral as shown by the attached NADAguides Price Reports, as follows:

| **Collateral** | **Value** |
|---|---|
| 1966 Dodge A100 | 5,075.00 |
| 2004 Dodge Ram 1500 | 5,750.00 |
| 2005 Dodge Ram 1500 | 4,825.00 |

3. The Plan cannot be confirmed for all other reasons over which this Court holds jurisdiction.

WHEREFORE, Creditor, The Citizens State Bank of Cheney, Kansas, objects to the proposed Amended Chapter 13 Plan and requests confirmation of the Debtor's Amended Plan be denied.

SMITH, SHAY, FARMER & WETTA, LLC

_/s/ Keith E. Martin_
Keith E. Martin, SC# 9341
200 W. Douglas, Suite 350
Wichita, Kansas 67202-3094
Telephone: (316) 267-5293

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24 day of June, 2015, a true and correct copy of the above and foregoing Objection was served, either electronically or by US mail, postage prepaid and properly addressed, to Michael J. Studtmann, 6235 w. Kellogg Drive, Wichita, Kansas 67209 and Laurie B. Williams, 300 W. Douglas, Suite 650, Wichita, Kansas 67202.

_____
Keith E. Martin



# NADAguides Price Report

6/12/2015

# 1966 Dodge A100
1/2 Ton Pickup

## Values

|  | Original MSRP | Low Retail | Average Retail | High Retail |
|---|---|---|---|---|
| **Base Price** | $1,945 | $5,075 | $10,800 | $22,100 |
| **Options:** (add) |  |  |  |  |
| **TOTAL PRICE:** | $1,945 | $5,075 | $10,800 | $22,100 |

**Value Explanations**

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown. Manufacturer Suggested Retail Price

**Low Retail Value**
This vehicle would be in mechanically functional condition, needing only minor reconditioning. The exterior paint, trim and interior would show normal wear, needing only minor reconditioning. May also be a deteriorated restoration or a very poor amateur restoration. Most usable 'as-is'. This value does **not** represent a 'parts car'.
**Note: Some of the vehicles in this publication could be considered 'Daily Drivers' and are not valued as a classic vehicle. When determining a value for a daily driver, it is recommended that the subscriber use the low retail value.**

**Average Retail Value**
This vehicle would be in good condition overall. It could be an older restoration or a well-maintained original vehicle. Completely operable. The exterior paint, trim, and mechanics are presentable and serviceable inside and out. A '20-footer'.

**High Retail Value**
This vehicle would be in excellent condition overall. It could be a completely restored or an extremely well-maintained original vehicle showing very minimal wear. The exterior paint, trim, and mechanics are not in need of reconditioning. The interior would be in excellent condition.
**Note:** This value does **not** represent a '100 Point' or '# 1' vehicle *.
* '100 Point' or '# 1' vehicle is not driven. It would generally be in a museum or transported in an enclosed trailer to concourse judging and car shows. This type of car would be stored in a climate-regulated facility.

© Copyright 2015 National Appraisal Guides, Inc., All Rights Reserved. National Appraisal Guides, Inc. is a strategic ally of NADA Services Corporation. © NADASC 2015. All Rights Reserved.



# NADAguides Price Report

6/12/2015

# 2004 Dodge Ram 1500 Pickup-1/2 Ton-V8

Quad Cab SLT 2WD

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | $4,200 | $5,300 | $6,225 | $8,800 |
| **Mileage (190,000)** | -$875 | -$875 | -$875 | -$875 |
| **Total Base Price** | $3,325 | $4,425 | $5,350 | $7,925 |
| **Options:** | | | | |
| Power Seat | $125 | $125 | $125 | $150 |
| Leather Seats | $225 | $225 | $225 | $250 |
| Aluminum/Alloy Wheels | $150 | $150 | $150 | $175 |
| Towing/Camper Pkg | $125 | $125 | $125 | $150 |
| 5.7L HEMI V8 Engine | $700 | $700 | $700 | $800 |
| **Price with Options** | $4,650 | $5,750 | $6,675 | $9,450 |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need



# NADAguides Price Report

6/12/2015

# 2005 Dodge Ram 1500 Pickup-1/2 Ton-V8

Quad Cab SLT 2WD



## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $5,150 | $6,325 | $7,300 | $10,000 |
| Mileage (200,000) | -$1,500 | -$1,500 | -$1,500 | -$1,500 |
| Total Base Price | $3,650 | $4,825 | $5,800 | $8,500 |
| Options: | | | | |
| Price with Options | $3,650 | $4,825 | $5,800 | $8,500 |

**Rough Trade-In** - Rough Trade-In values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.