# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE**:

DAVID L. GREGORY                   Case Number 15-10329-13
STEPHANIE L. GREGORY

       Debtor(s)

## NOTICE OF EVIDENTIARY HEARING

**NOTICE IS HEREBY GIVEN** that an Evidentiary Hearing to consider and act upon

Confirmation Of Chapter 13 Plan With Objections By Trustee,

David D. Wagel and Citizens State Bank

will be held before the U. S. Bankruptcy Court, 401 N. Market, Room 150, Wichita, Kansas 67202 on:

**November 17, 2015 @ 9:00 am**

***THIS CASE IS BEING SET ON A TWO (2) DAY STACKING TRIAL DOCKET WITH OTHER EVIDENTIARY MATTERS SCHEDULED TO BEGIN ON THE SAME DATE AND TIME. IN THE EVENT OF SETTLEMENT PRIOR TO TRIAL, PLEASE CONTACT ANNETTE ALBRIGHT, MARNIE BOURBONNAIS, ERICA DIAMOND OR MEL DAVIS OF THE BANKRUPTCY CLERK'S OFFICE***

Dated: September 11, 2015            s/ Robert E. Nugent
                                              Robert E. Nugent
                                              U. S. Bankruptcy Judge