# UNITED STATES BANKRUPTCY COURT
### District of Kansas
### 167 United States Courthouse
### Wichita, KS 67202

*Judge Nugent*
*Bankruptcy Judge*

November 3, 2015

Michael Studtmann, 6235 West Kellogg, Wichita, KS 67209-2331
Laurie Williams, 300 W. Douglas, Suite 650, Wichita, KS 67202
Keith Martin, Smith Shay Farmer & Wetta, LLC, 200 W. Douglas, Suite 350, Wichita, KS 67202-3094
Kevin McMaster, 329 S. Topeka, Wichita, KS 67202-4309

**In re: GREGORY; Case No. 15-10329-13**

Dear Counsel:

The referenced case has been set for trial on a **2 day stacking docket, beginning on November 17, 2015 at 9:00 A.M.** . This will serve as your reminder of the trial setting and that the following requirements must be met prior to the date of the trial.

1. **The Bankruptcy Clerk's office will be contacting you within a few days.** You should, however, contact the clerk's office if you have any information in regards to settlements or complications. The clerk's office must be informed at least **48 hours** prior to the commencement of the trial concerning an agreed journal entry of settlement. If a journal entry is not submitted within that time frame, you must appear to announce the settlement for the record.

2. Continuances will not be granted upon stipulation of counsel, but may be allowed upon timely motion and by order of the Court under exceptional circumstances for good cause shown. See U.S.D.C. Local Rule 6.1(b).

3. All documentary exhibits must be copied, marked and listed on an exhibit sheet* prior to trial time in compliance with U.S. Bankr. Local Rule 9072.1. The Court may decline to admit any exhibits not so marked.
   **Note: Copies of all exhibits are required three (3) business days in advance of trial. The Court requires three (3) complete sets of copies. Additionally, one complete set must be provided for each party.**

4. Trial briefs may be submitted to the Court. All briefs must be submitted in accordance with the deadlines set out in the Pretrial Order or other order of the Court. Briefs must be submitted at least seventy-two (72) hours before the scheduled trial and served on opposing counsel.

**This trial is set on a stacking basis. You should contact Annette Albright, Erica Diamond or Marnie Bourbonnais prior to your trial date to ascertain the date and time your trial is expected to be heard.**

Sincerely yours,

s/ Robert E. Nugent
Robert E. Nugent
U.S. Bankruptcy Judge

*Note enclosure: Sample exhibit sheet
                Trial List

# MISCELLANEOUS STACKING TRIALS
## Before Hon. Robert E. Nugent - Room 150, U.S. Courthouse
November 17, 2015 beginning at 9:00 a.m. and continuing until
November 18, 2015 beginning at 9:00 a.m. until concluded.

**DUENSING**     **12**     **15-10829**     **2 HOURS**

**Issue: Deere & Company's Motion for Relief From the Automatic Stay and Request for Adequate Protection and Objection by Debtor**
**Counsel: David Eron and William Zimmerman/Debtors; Wesley Smith/Deere & Company**

**PROFIT**     **13**     **14-11725**     **1 HOUR**

**Issue: Motion for Relief from Stay by Golden Plains Credit Union**
**Counsel: Sarah Newell/Debtor; Eric Bruce/Golden Plains Credit Union; Laurie Williams/Trustee**

**CAIN**     **13**     **14-12049**     **1 HOUR**

**Issue: Debtors' Motion for Post-Confirmation Amendment of Plan and Trustee's Objection Thereto**
**Counsel: Steven Blackwell/Debtors; Laurie Williams/Trustee;**

**MORFORD**     **13**     **13-13177**     **1 HOUR**

**Issue: Chapter 13 Trustee's Motion for Turnover, or in the Alternative, TO Modify Chapter 13 Plan Post Confirmation and Response by Debtor Thereto**
**Counsel: Boyd Howard/Debtor; Laurie Williams/Trustee;**

**SPENCER**     **13**     **15-10134**     **1 HOUR**

**Issue: Confirmation of Chapter 13 Plan and Objection by Trustee**
**Counsel: Todd Allison/Debtor; Laurie Williams/Trustee**

| **GREGORY** | **13** | **15-10329** | **1 HOUR** |

**Issue: Confirmation of Chapter 13 Plan and Objections by Trustee, David D. Wagel and Citizens State Bank**
**Counsel: Michael Studtmann/Debtor; Laurie Williams/Trustee; Keith Martin/Citizens State Bank; Kevin McMaster/David Wagel;**


| **STEINER** | **13** | **15-10158** | **1 HOUR** |

**Issue: Confirmation of Chapter 13 Plan and Objection and Supplemental Objections by Trustee**
**Counsel: Eric Lomas/Debtors; Laurie Williams/Trustee**


| **VELAZQUEZ** | **7** | **13-11665(14-5040)** | **1 HOUR** |

**Issue: Complaint For (1) Turnover; and (2) Revocation of Discharge by Trustee; Amended Complaint by Trustee and Answer of Defendant, Erik Velazquez**
**Counsel: J. Michael Morris, Trustee/Plaintiff; Erik Velazquez-Defendant/PRO SE;**

# EXHIBIT SHEET

**CASE NAME:** _____

**CASE NO:** _____

**ADVERSARY NO:** _____

**EXHIBITS SUBMITTED BY:**

_____ Attorney for: _____

**TRIAL DATE:** _____

| *NO.* | *DESCRIPTION* | *ID* | *OFF* | *ADM* | *DISPOSITION* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**NOTE:** **Plaintiffs or movants must use numerical symbols. Defendants or respondents must use alphabetical symbols. The Court requires three (3) complete sets of exhibits, three (3) days in advance of trial.**